JOSEPH L. ALGIERE, Respondent, *v.* COSMOPOLITAN SHIPPING COMPANY, INC., Appellant.

Supreme Court, Appellate Term, First Department, June 22, 1945.

*Horace M. Gray* for appellant.

*George J. Engelman* for respondent.

MEMORANDUM *Per Curiam.* There is no issue of fact in this case as the documentary evidence shows that the plaintiff was in the employ of the United States of America.

The order should be reversed, with $10 costs, and motion for summary judgment granted.

SHIENTAG and MCLAUGHLIN, JJ., concur; HECHT, J., dissents.

Order reversed, etc.